# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-4343

_____

Gerry C. DuBose,                               *
                                               *
                Appellant,                     *    Appeal from the United States
                                               *    District Court for the
        v.                                     *    District of Minnesota.
                                               *
Jennifer L. Carey; John D. Kelly;              *         [UNPUBLISHED]
Hanft, Fride, O'Brien, Harries,                *
Swelbar & Burns, P.A.,                         *
                                               *
                Appellees.                     *

_____

Submitted: November 3, 2006
Filed: November 9, 2006

_____

Before SMITH, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

Gerry C. DuBose appeals the district court's[1] order denying his motion for default judgment, granting defendants summary judgment, and enjoining him from filing future litigation against defendants concerning the same events. He also appeals the denial of his request for reconsideration. Following careful review, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.